FARRELL, Respondent, *v.* HORGAN *et al.*, Appellants.

*(Superior Court of New York City, General Term.* May 4, 1891.)

Appeal from special term.

Action by Hattie H. Farrell, administratrix, etc., against Arthur J. Horgan and another. From a judgment in favor of plaintiff, and order denying a motion for a new trial, made on the judge's minutes, defendants appeal.

Argued before SEDGWICK, C. J., and FREEDMAN, J.

*Edward W. S. Johnston,* for appellants. *Alfred Steckler* and *Charles Steckler,* for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

---

GERRY *et al.*, Appellants, *v.* CATTABURY *et al.*, Respondents.

*(Superior Court of New York City, General Term.* May 4, 1891.)

Appeal from special term.

Action by Alston Gerry and others against Louis Cattabury and others. From an order denying motion to continue injunction, plaintiffs appeal.

Argued before SEDGWICK, C. J., and McADAM, J.

*D. Laflin Kellogg,* for appellants. *Arthur C. Butts,* for respondents.

PER CURIAM. Order affirmed, with $10 costs to abide event.

---

COLE, Respondent, *v.* NEW YORK EL. R. CO. *et al.*, Appellants.

*(Superior Court of New York City, General Term.* June 1, 1891.)

Appeal from jury term.

Action by William L. Cole against the New York Elevated Railroad Company and another. From judgment entered on findings, etc., at special term, defendants appeal.

Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.

*Davies & Rapallo,* for appellants. *Peckham & Tyler,* (*Henry G. Atwater,* of counsel,) for respondent.

PER CURIAM. Judgment affirmed, with costs.

---

HAYNES, Respondent, *v.* ALDRICH, Appellant.

*(Superior Court of New York City, General Term.* June 1, 1891.)

Appeal from jury term.

Action by Elizabeth J. Haynes against Elizabeth W. Aldrich. From judgment entered on verdict directed by trial judge in favor of plaintiff, defendant appeals.

Argued before SEDGWICK, C. J., and McADAM, J.

*Spencer Aldrich,* (*Osborn E. Bright,* of counsel,) for appellant. *Olin, Rives & Montgomery,* (*Stephen H. Olin,* of counsel,) for respondent.

PER CURIAM. The judgment herein will be affirmed, with costs.

---

SCHWARTZ, Appellant, *v.* WOMAN'S MUT. INS. & ACC. CO., Respondent.

*(Superior Court of New York City, General Term.* May 4, 1891.)

Appeal from special term.

Action by Maria Schwartz against the Woman's Mutual Insurance & Accident Company of America. From order setting aside judgment entered as of default, and compelling plaintiff to receive defendant's answer, plaintiff appeals.